JS-6

JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
    E-mail: cjohnson@johnsonpham.com
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
    E-mail: mchaney@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 115
Woodland Hills, California 91367
Telephone: (818) 888-7540
Facsimile: (818) 888-7544

Attorneys for Plaintiff
TRE MILANO, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRE MILANO, LLC, a California Limited Liability Company,<br><br>    Plaintiff,<br><br>    vs.<br><br>ERWIN ARMIJOS, an Individual, and Does 1-10, Inclusive,<br><br>    Defendants. | Case No.: CV10-02857 GAF (AGRx)<br><br>**JUDGMENT** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

Plaintiff TRE MILANO, LLC, is hereby awarded final judgment on its claims for relief against Defendant ERWIN ARMIJOS as the prevailing party in this action, pursuant to Rule 55(b) of the *Federal Rules of Civil Procedure* and under Local Rule 55-1.  Under Local Rule 55-3, Plaintiff is awarded attorneys'

fees of $5,600.00. Plaintiff is further awarded costs, pursuant to the *Copyright Act*, 17 *U.S.C.* §504(c), to be determined by the Notice of Application to the Clerk to Tax Costs within fifteen (15) days after the entry of judgment.

Furthermore, Defendant is permanently enjoined and restrained from the following activities and conduct and ordered as follows:

a. Defendant is enjoined and permanently restrained from manufacturing, advertising, distributing, offering for sale, selling, whether directly or indirectly, counterfeit InStyler® rotating hot irons and any other products of any kind bearing Plaintiff's marks or names that are confusingly similar to the trademarks, trade names, designs or logos of Plaintiff;

b. Defendant is enjoined and permanently restrained from using Plaintiff's marks or any copy, reproduction, or colorable imitation, or confusingly similar simulation of Plaintiff's marks on or in connection with the promotion, advertising, distribution, manufacture or sale of Defendant's goods;

c. Defendant is ordered to cancel, withdraw and recall all his promotions, advertisements and merchandise bearing Plaintiff's marks or any confusingly similar simulation to Plaintiff's marks, which have been published, placed or shipped by Defendant or under Defendant's authority, to any person, entity, or customer, including, without limitation, any publisher, agency, wholesaler, distributor, retailer, consignor or marketer, and also deliver to each publisher or customer

/ / /
/ / /
/ / /
//

1      a copy of this Court's order as it relates to said injunctive relief against
2      Defendant.

**IT IS SO ORDERED:**

**Dated: August 27, 2010**

By: *[signature: Gary Feess]*
HON. GARY A. FEESS
U.S. DISTRICT COURT JUDGE